O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-9274 PSG (DTBx) | Date | June 21, 2010 |
|---|---|---|---|
| Title | Kristin Brown v. Phillips, Everett & Jones, LLC | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Granting in Part and Denying in Part Plaintiff's Motion for Default Judgment

Before the Court is Plaintiff Kristin Brown's motion for default judgment. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of the motion, the Court GRANTS in part and DENIES in part Plaintiff's motion.

I.   Background

Plaintiff Kristin Brown ("Plaintiff") filed suit against Defendant Phillips, Everett & Jones, LLC ("Defendant") for unfair debt collection practices in violation of the Fair Debt Collection Practices Act ("FDCPA") and the California Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). On April 8, 2010, default was entered against Defendant. On May 4, 2010, Plaintiff filed a motion for default judgment.

II.  Legal Standard

Federal Rule of Civil Procedure 55(b) permits a court-ordered default judgment following the entry of default by the clerk under Rule 55(a). Federal Rule of Civil Procedure 55(b) and Local Rule 55-1 require that applications for default judgment set forth (1) when and against what party default was entered, (2) the pleading on which default was entered, (3) whether the defaulting party is an infant or incompetent person, and if so, whether the person is adequately represented, (4) that the War and National Defense Servicemembers Civil Relief Act (50 App. U.S.C. § 521) does not apply, and (5) that notice of the application has been served on the

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9274 PSG (DTBx) | Date | June 21, 2010 |
|---|---|---|---|
| Title | Kristin Brown v. Phillips, Everett & Jones, LLC | | |

defaulting party, if required. *See* Fed. R. Civ. P. 55(b)(2); L.R. 55-1.

Ultimately, the choice as to whether a default judgment should be entered is at the sole discretion of the court. *See Aldabe v. Aldabe,* 616 F.2d 1089, 1092 (9th Cir. 1980). A defendant's default alone does not entitle a plaintiff to a court-ordered judgment. *See id.* Instead, the Ninth Circuit has determined that a court should consider seven discretionary factors, often referred to as the "*Eitel* factors," before rendering a decision on default judgment. *See Eitel v. McCool,* 782 F.2d 1470, 1471-72 (9th Cir. 1986). These factors are (1) the possibility of prejudice to the plaintiff, (2) the merits of the plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action, (5) the possibility of a dispute concerning material facts, (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits. *See id.*

Finally, the Court notes that once the court clerk enters a default, the well-pleaded factual allegations of the complaint are taken as true, except for those allegations relating to damages. *See Televideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987).

III. Discussion

    A. Requirements for Default Judgment

Plaintiff has satisfied the procedural requirements for default judgment pursuant to Rules 55(a) and Local Rule 55-1. Specifically, Plaintiff has set forth that (1) the clerk entered default against Phillips, Everett & Jones, LLC on April 8, 2010; (2) the default is based on Plaintiff's Complaint; (3) the Defendant is not an infant or incompetent person; (4) the Defendant is not in active military service; and (5) Plaintiff served the Defendant with notice of Plaintiff's application for default judgment. The Court also finds that consideration of the *Eitel* factors weighs in favor of granting Plaintiff's motion. *See Eitel,* 782 F.2d at 1471-72.

    B. Relief

A plaintiff is required to prove all damages sought in the complaint. *See Televideo Sys., Inc.*, 826 F.2d at 917-18. In addition, any relief sought may not be different in kind from, or exceed in amount, what is demanded in the complaint. *See* Fed. R. Civ. P. 54(c). If the facts necessary to determine damages are not contained in the complaint, or are legally insufficient, they will not be established by default. *See Cripps v. Life Ins. Co. of N. Am.*, 980 F.2d 1261,

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9274 PSG (DTBx) | Date | June 21, 2010 |
|---|---|---|---|
| Title | Kristin Brown v. Phillips, Everett & Jones, LLC | | |

1267 (9th Cir. 1992).

  Here, Plaintiff requests $1,000.00 in statutory damages under the FDCPA; $1,000.00 in statutory damages under the RFDCPA; $2,054.90 in attorneys' fees under the FDCPA and RFDCPA; $361.61 in costs; and $500.00 in anticipated collection fees. The Court finds that Plaintiff is entitled to the requested statutory damages and court costs, and that Plaintiff's request for attorneys' fees under the statutes is reasonable in light of the Court's experience in dealing with similar motions. However, the Court finds that Plaintiff's request for $500.00 in collection costs is speculative and not provided for under the statutes. Thus, the motion is granted—with the exception of Plaintiff's request for collection costs—in the amount of $4,416.51.

IV. Conclusion

  Based on the foregoing, the Court GRANTS in part and DENIES in part Plaintiff's motion for default judgment. Accordingly, the Court awards Plaintiff $4,416.51.

  Plaintiff is ordered to submit a proposed judgment consistent with this order within **ten days** of the date of entry of this order.

  **IT IS SO ORDERED.**

| | Initials of Preparer | ljw for wkh |
|---|---|---|