E-FILED 08/5/10
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Kristin Brown, | Case No.: CV 09-9274 PSG (DTBx) |
| Plaintiff, | |
| vs. | |
| Phillips, Everett & Jones, LLC, | [~~PROPOSED~~] JUDGMENT |
| Defendant. | |

The Court, having granted Plaintiff's Motion for Default Judgment – with the exception of Plaintiff's request for collection costs – in the amount of $4416.51.

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Kristin Brown shall have judgment in her favor;

2. Defendant Phillips, Everett & Jones, LLC shall recover nothing from Plaintiff; and

3. Plaintiff shall recover $4,416.51 from Defendant, which includes $2,000 in statutory damages; $2,054.90 in attorneys' fees; and $361.61 in costs.

The Clerk is ordered to enter this Judgment.

**IT IS ORDERED.**

Dated: __8-5-10__

PHILIP S. GUTIERREZ
_____
Honorable Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT

# PROOF OF SERVICE

I, Ryan Lee, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025. On August 2, 2010, I served the following documents:

## 1) NOTICE OF LODGING 2) [PROPOSED] JUDGMENT

On the parties listed below:

PHILLIPS, EVERETT & JONES, LLC
2846 William Street
Cheektowaga, NY 14227

By the following means of service:

[X] **BY MAIL** (1013 a, 2015.5 CCP): I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on August 2, 2010, at Los Angeles, California.

By:   /s/ Ryan Lee
      Ryan Lee